# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CLARENCE FANE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-01762-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 12) |

On February 29, 2024, Plaintiff submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, requesting an extension until April 24, 2024. (ECF No. 12.) The Court finds good cause exists to grant the first extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's stipulated motion to modify the schedule (ECF No. 12) is GRANTED;

2. Plaintiff shall have until **April 24, 2024**, to file the motion for summary judgment; and

3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated: **February 29, 2024**

UNITED STATES MAGISTRATE JUDGE

1