# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CLARENCE FANE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-01762-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 15) |

On April 23, 2024, Plaintiff submitted a stipulated motion for a second extension of time to file Plaintiff's motion for summary judgment, requesting a two-day extension until April 26, 2024. (ECF No. 15.)  The Court finds good cause exists to grant the Plaintiff's second extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's stipulated motion to modify the schedule (ECF No. 15) is GRANTED;
2. Plaintiff shall have until **April 26, 2024**, to file the motion for summary judgment; and
3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **April 23, 2024**

UNITED STATES MAGISTRATE JUDGE

1