# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CLARENCE FANE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-01762-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 19) |

On May 3, 2024, Defendant filed a stipulated motion for a thirty (30) day extension of time to respond to Plaintiff's motion for summary judgment. (ECF No. 19.) This is the parties' third stipulation for a modification of the scheduling order and Defendant's first request for an extension. Defendant's response is not due until May 28, 2024. However, counsel for Defendant proffers the case was recently reassigned to her. (See ECF No. 18 (filing designation of counsel on April 30, 2024).) Further, counsel for Defendant has a preplanned leave for three weeks of May, for both personal and medical reasons. (ECF No. 19.) The Court finds good cause to grant the stipulated request to allow Defendant an extension of time from May 28, 2024 to June 27, 2024 to respond to Plaintiff's motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 19) is GRANTED;

2. Defendant shall have until **June 27, 2024**, to respond to Plaintiff's motion for summary judgment; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **May 3, 2024**

UNITED STATES MAGISTRATE JUDGE