# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CLARENCE FANE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01762-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 22) |

On July 9, 2024, Plaintiff filed a stipulated motion for a one (1) day extension of time, from July 11, 2024 to July 12, 2024, to reply to Defendant's responsive brief. (ECF No. 19.) This is the parties' fourth stipulation for a modification of the scheduling order. The Court finds that good cause exists to grant the stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 22) is GRANTED;

2. Plaintiff shall have until **July 12, 2024**, to respond to Defendant's responsive brief; and

/ / /

/ / /

/ / /

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **July 9, 2024**

_____
UNITED STATES MAGISTRATE JUDGE